■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODOLFO RUIZ, Appellant. [731 NYS2d 657] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered June 22, 1999, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied the effective assistance of counsel at trial. A defendant's right to effective assistance of counsel is satisfied when, under the totality of circumstances existing at the time of representation, counsel provided the defendant with "meaningful representation" (*People v Benevento,* 91 NY2d 708, 712). The test is one of reasonable competence, not perfect representation (*see, People v Modica,* 64 NY2d 828, 829; *People v Benevento, supra*). A reviewing court must avoid confusing "true ineffectiveness with mere losing tactics and according undue significance to retrospective analysis" (*People v Baldi,* 54 NY2d 137, 146). Having duly considered all of the circumstances involved in this case, we conclude that the defendant was provided with meaningful representation (*see, People v Henry,* 95 NY2d 563, 566).

The trial court providently exercised its discretion in concluding that the defendant was competent to proceed to trial and subsequently, to be sentenced (*see, People v Gensler,* 72 NY2d 239, 244). Santucci, J. P., Goldstein, Florio and Crane, JJ., concur.